**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **25MJ216 GBW**

**STEPHEN CRAIG CAMPBELL**

**Defendant.**

**NOTICE OF INTENT TO ENTER GUILTY PLEA**

Comes now the Defendant, Stephen Craig Campbell, by and through his attorney, David Benatar, and hereby gives notice that he intends to enter into a guilty plea in this matter. Through this notice the Defendant acknowledges that the time period from the entering of this notice to the date of the change of plea hearing should be excluded for purposes of the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A).

Respectfully submitted,

**FEDERAL PUBLIC DEFENDER**
506 S. Main Street, Suite 400
Las Cruces, New Mexico 88001
(575) 527-6930

***Electronically filed April 1, 2026***
By: */s/ David Benatar*
David Benatar
Assistant Federal Public Defender